# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION AT LEXINGTON

*FILED ELECTRONICALLY*

| | |
|---|---|
| **DEANNA DOBSON,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| v. ) | |
| ) | **Civil Action No.** |
| **MID-AMERICA CONVERSION** ) | |
| **SERVICES, LLC.** ) | |
| ) | |
| **DEFENDANT.** ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Mid-America Conversion Services LLC, ("Defendant") removes to this Court the state-court action styled *Deanna Dobson v. Mid-America Conversion Services LLC*, Case No. 22-CI-02088, Fayette County Circuit Court, Kentucky (the "State Court Action"). The grounds for removal are as follows:

**I.    The State Court Action**

The State Court Action is a civil case filed on July 21, 2022, asserting employment-related claims against Defendant, her former employer. The State Court Action included a demand for a jury trial. The State Court Action was served via Defendant's Registered Agent, Corporate Creations, 101 North Seventh Street, Louisville, KY on July 28, 2022.

**II.    Documents from the State Court Action**

Pursuant to U.S.C. § 1446(a), Defendant includes as **Exhibit 1** a true and correct copy of the Complaint and Summons that were served on Defendant. The documents attached as Exhibit 1 constitute all process, pleadings and other orders served on Defendant in State Court Action:

Exhibit 1:   Copies of the Complaint and Summons

### III.   Removal is Timely

This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it was filed within thirty (30) days of service of the Complaint.

### IV.   Consent to Removal

Defendant consents to remove this matter. *See* 28 U.S.C. § 1446(b)(2).

### V.   The Venue Requirement is Satisfied

The venue requirement is met under 28 U.S.C. § 1446(a) because this Court is the United States District Court for the district and division corresponding to the place where the State Court Action has been pending.

### VI.   Jurisdiction

Pursuant to 28 U.S.C. § 1441, removal of an action from state to federal court is permitted when the federal court has "original jurisdiction" over the action. When a federal cause of action is presented on the face of the plaintiff's complaint, the action is properly removable. *Gully v. First National* Bank, 299 U.S. 109 (1936). Pursuant to the Complaint, this action involves the Americans with Disabilities Act of 1990, codified at 29 U.S.C. § 12101, *et seq*. and Title VII of the Civil Rights Act of 1964, codified at 42 U.S.C. § 2000(e). This Court has original jurisdiction under 28 U.S.C. § 1331, and, thus, is properly removable under 28 U.S.C. § 1441.

**Non-Waiver of Defenses**

By removing this action, Defendant does not waive any available defenses and does not admit any allegations made in Plaintiff's Complaint.

### VII. Filing and Service of Removal Papers

Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of the State Court Action will be given to Plaintiff and a Notice to Clerk of Filing of Notice of Removal will be filed with Fayette County Circuit Court.

This action is not an action described in 28 U.S.C. § 1445.

**WHEREFORE,** Defendant removes the above-captioned State Court Action from the Fayette County Circuit Court, Kentucky to this Court.

Dated this 15th August, 2022.

    Respectfully submitted,

    By: *s/ Elizabeth S. Muyskens*
    Richard G. Griffith
    Elizabeth S. Muyskens
    Stoll Keenon Ogden PLLC
    300 West Vine Street, Suite 2100
    Lexington, KY 40507
    Telephone: (859) 231-3000
    Facsimile: (859) 253-1093
    richard.griffith@skofirm.com
    elizabeth.muyskens@skofirm.com

    Mary Leigh Pirtle (TN BPR# 026659)*
    Laura M. Mallory (TN BPR# 031917)*
    BASS, BERRY & SIMS PLC
    150 Third Avenue South, Suite 2800
    Nashville, Tennessee 37201
    Telephone: (615) 742-6200
    Facsimile: (615) 742-6293
    mpirtle@bassberry.com
    laura.mallory@bassberry.com
    **Pro Hac Vice Forthcoming*

    *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 15th day of August, 2022, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to:

Christopher D. Miller
Arnold & Miller, P.L.C.
121 Prosperous Place, Suite 6B
Lexington, KY 40509
Cmiller@arnoldmillerlaw.com

*Counsel for Plaintiff*

              *s/ Elizabeth S. Muyskens*
              Elizabeth S. Muyskens

127935.174825/8846657.1