IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| DEANNA DOBSON, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>MID-AMERICA CONVERSION )<br>SERVICES, LLC. )<br>)<br>DEFENDANT. ) | Case No: 5:22-cv-00210-KKC |

**JOINT RULE 26(f) REPORT**

Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on December 7, 2022, and was attended by Christopher Miller, counsel for Plaintiff, Deanna Dobson and Mary Leigh Pirtle, counsel for Defendant, Mid-America Conversion Services, LLC. Counsel represents that, during the meeting, they engaged in a meaningful attempt to meet and confer on the matters outlined below.

1. REFERRAL TO MAGISTRATE JUDGE

   At this time, the parties do not consent to refer this matter to the Magistrate Judge for all further proceedings pursuant to 28 U.S.C. § 636(c).

2. PARTIES AND PLEADINGS

   The parties agree that any motion or stipulation to amend the pleadings or to join additional parties shall be filed by **February 24, 2023.**

3. DISCOVERY PLAN

   a. Initial Disclosures shall be made by **January 16, 2023**.

   b. All fact discovery shall be completed by **August 4, 2023**.

    c. Plaintiff's non-economic expert disclosures pursuant to Rule 26(a)(2) shall be completed by **October 2, 2023**. Plaintiff's economic expert disclosures regarding the sole issue of damages pursuant to Rule 26(a)(2) shall be completed within **30 days** after the entry of the Court's Order granting or denying a dispositive motion.

    d. Defendant's non-economic expert disclosures pursuant to Rule 26(a)(2) shall be completed by **November 3, 2023.** Defendant's economic expert disclosures regarding the sole issue of damages pursuant to Rule 26(a)(2) shall be completed within **60 days** after the entry of the Court's Order granting or denying a dispositive motion.

    e. All expert discovery, with the exception of economic experts, shall be completed by **December 1, 2023.** All discovery regarding economic experts shall be completed within **120 days** after the Court's Order granting or denying a dispositive motion.

The parties agree to schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and to file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so. If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court.

4. DISPOSITIVE MOTIONS

Any dispositive motions shall be filed by **February 15, 2024**.

5. ALTERNATIVE DISPUTE RESOLUTION

The parties have exhausted attempts at reaching a potential early resolution. Therefore, at this time, this matter is not suitable for alternative dispute resolution. However, the parties agree this matter may be suitable for mediation at a future date, after the exchange of discovery, which may affect their ability to further evaluate this case.

6. PRETRIAL DEADLINES

The parties agree that any Motions *in Limine* shall be filed not less than **45 days before the trial date.**

5. LENGTH OF TRIAL

The parties anticipate the probable length of trial will be 4-5 days.

6. MUTUALLY CONVENIENT DATES FOR TRIAL

The parties agree that trial may be scheduled after the following date: **September 2, 2024**.

The parties will provide additional availability upon the Court's request.

Dated: December 21, 2022.

                Respectfully submitted,

*/s/ Christopher D. Miller (w/permission)*
Christopher D. Miller
Arnold & Miller, P.L.C.
121 Prosperous Place, Suite 6B
Lexington, KY 40509
Cmiller@arnoldmillerlaw.com

*Counsel for Plaintiff*

*/s/ Mary Leigh Pirtle*
Mary Leigh Pirtle (TN BPR# 026659)*
Laura M. Mallory (TN BPR# 31917)*
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200
Facsimile: (615) 742-6293
mpirtle@bassberry.com
laura.mallory@bassberry.com
* *Admitted Pro Hac Vice*

Richard G. Griffith
Elizabeth S. Muyskens
Stoll Keenon Ogden PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507
Telephone: (859) 231-3000
Facsimile: (859) 253-1093
richard.griffith@skofirm.com
elizabeth.muyskens@skofirm.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2022, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to:

Christopher D. Miller
Arnold & Miller, P.L.C.
121 Prosperous Place, Suite 6B
Lexington, KY 40509
Cmiller@arnoldmillerlaw.com

*Counsel for Plaintiff*

                                        *s/ Mary Leigh Pirtle*
                                        Mary Leigh Pirtle

34692382.3