UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CIVIL MINUTES – GENERAL

Case No. 5:22-cv-210-KKC-MAS     At Lexington     Date November 13, 2024

STYLE: Deanna Dobson v. Mid-America Conversion Services, LLC

PRESENT: HON. KAREN K. CALDWELL, UNITED STATES DISTRICT JUDGE

| Genia Denisio | Lauren Gootee |
|---|---|
| Deputy Clerk | Court Reporter |

**Attorney Present For Plaintiff**
Christopher D. Miller

**Attorneys Present For Defendants**
Mary Leigh Pirtle
Hunter K. Yoches

PROCEEDINGS:    **TELEPHONIC PRETRIAL CONFERENCE**

The Court conducted a Telephonic Final Pretrial Conference with parties appearing as noted. The Court heard statements from counsel on the pending motions and discussed the trial schedule. Due to the Court's criminal trial schedule, the parties were given the option to refer this matter to Magistrate Judge Matthew A. Stinnett for trial. The parties will confer and advise the Court as soon as possible of their decision.

The Court discussed jury selection with the parties, should the case proceed as scheduled. The Court will seat eight jurors and each side will have four peremptory challenges. Due to the subject matter of the case, the Court will instruct the Jury Clerk to call a large jury pool.

Being sufficiently advised, IT IS ORDERED as follows:

1. The Motion in Limine to Exclude the testimony of Dr. James Turnbo as an expert (DE #64) is GRANTED.

2. The Motion for Sanctions (DE #75) is WITHDRAWN. The Motion to Strike (DE #75) is DENIED.

3. The Jury Trial remains scheduled for December 16, 2024 at 9:00 a.m. The parties estimate the length of trial to be four days.

Copies:  COR,JC,D
Initials of Deputy Clerk  gld
TIC: 30 min